PER CURIAM.

Appeal from District Court dismissed for want of prosecution.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, on motion of appellee.

**George W. LEWIS, Appellant v. Earl BEEZLEY et al.**

No. 14338.

United States Court of Appeals
Eighth Circuit.

May 16, 1951.

Varro E. Tyler, Nebraska City, Neb., and Wallace S. Myers, San Anselmo, Cal., for appellant.

Armstrong & McKnight, Auburn, Neb. and Chambers, Holland & Groth, Lincoln, Neb., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

**MASTER LABORATORIES, a Partnership, Intervener, Appellant v. UNITED STATES of America.**

No. 14235.

United States Court of Appeals
Eighth Circuit.

May 2, 1951.

Rehearing Denied May 9, 1951.

John E. Von Dorn and Albert Lustgarten, Omaha, Neb., for appellant.

Tobias E. Diamond, U. S. Atty. and William B. Danforth, Asst. U. S. Atty., Sioux City, Iowa, for appellee.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Mary M. COLE, Individually, and Mary M. Cole, et al., as Trustees, etc., et al.**

No. 14364.

United States Court of Appeals
Eighth Circuit.

May 24, 1951.

David P. Findling, Associate General Counsel, National Labor Relations Board, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Harris, Van Metre & Buckmaster, Waterloo, Iowa, for respondents.

PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation filed with Board, and petition for enforcement.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. LAYCOB HAT COMPANY.**

No. 14358.

United States Court of Appeals
Eighth Circuit.

May 16, 1951.

David P. Findling, Associate General Counsel, National Labor Relations Board, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Boyle, Priest & Elliott, St. Louis, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced on stipulation filed with Board, and petition for enforcement.